BEFORE THE SECOND DIVISION, MAY 25, 1955

No. 59107.—Schlumberger Well Surveying Corp. *v.* United States, protest 183723–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of photoclinometer motors and parts, having as an essential

feature an electrical element or device (electric motors), the same in all material respects as those the subject of Abstract 54566, the claim of the plaintiff was sustained.